1 | Kelli E George, Esq., Bar No. 225689
LAW OFFICES OF THOMAS O'HAGAN
2 | Mailing Address:
1551 N. Tustin Avenue, Suite 100
3 | Santa Ana, California 92705
Physical Address:
4 | 1999 Harrison Street, Suite 2070
Oakland, California 94612
5 | Ph: (510) 587-1609   Fax (877) 369-5802

6 | Attorneys for Defendant, E.J. PHAIR BREWING COMPANY

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DAVID JOHNSON<br><br>　　　Plaintiff,<br><br>vs.<br><br>E.J. PHAIR BREWING COMPANY,<br><br>　　　Defendants. | Case No.: CV 11-2202 CRB<br><br>STIPULATION TO CONTINUE HEARINGS ON DEFENDANT E.J. PHAIR BREWING COMPANY'S MOTION TO SET ASIDE DEFAULT AND PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT FROM MARCH 16, 2012, TO APRIL 13, 2012; [PROPOSED] ORDER<br><br>Date: March 16, 2012<br>Time: 10:00 a.m.<br>Courtroom: 6<br><br>Date First Paper Filed: 5/4/11 |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, hereby agree and stipulate to continue Defendant, E.J. PHAIR BREWING COMPANY'S Motion to Set Aside Default and Plaintiff's Motion for Default Judgment both set to be heard on March 16, 2012, at 10:00 a.m. to be heard on April 13, 2012, at 10:00 a.m. in Courtroom 6, of the above-entitled Court.

/ / /

/ / /

IT IS HEREBY STIPULATED

Dated: March 12, 2012  AW OFFICES OF THOMAS N. STEWART III

By: _____
Thomas N. Stewart, III,
Attorneys for Plaintiff,
DAVID JOHNSON

Dated: March ___, 2012  LAW OFFICES OF THOMAS O'HAGAN

By: _____
Kelli E. George,
Attorneys for Defendant/ Cross-Claimant,
E. J. PHAIR BREWING COMPANY

[PROPOSED] ORDER

Based on the stipulation of the parties hereto.

IT IS HEREBY ORDERED that the Defendant's Motion to Set Aside Default and Plaintiff's Motion for Default Judgment in this matter currently set for March 16, 2012, are continued to April 13, 2012, at 10:00 a.m. in Courtroom 6 of the above-entitled Court.

DATED: March 15, 2012

_____
JUDGE OF THE COURT

IT IS SO ORDERED
Judge Charles R. Breyer