1  Kelli E George, Esq., Bar No. 225689
   LAW OFFICES OF THOMAS O'HAGAN
2  Mailing Address:
   1551 N. Tustin Avenue, Suite 100
3  Santa Ana, California 92705
   Physical Address:
4  1999 Harrison Street, Suite 2070
   Oakland, California 94612
5  Ph: (510) 587-1609   Fax (877) 369-5802

6  Attorneys for Defendant, E.J. PHAIR BREWING COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | DAVID JOHNSON                | Case No.: CV 11-2202 CRB
12 |     Plaintiff,               | STIPULATION TO CONTINUE HEARINGS ON DEFENDANT E.J. PHAIR BREWING COMPANY'S MOTION TO SET ASIDE DEFAULT AND PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT FROM MARCH 16, 2012, TO APRIL 13, 2012; [PROPOSED] ORDER
13 | vs.                          |
14 |                              |
15 | E.J. PHAIR BREWING COMPANY,  |
16 |     Defendants.              |
17 |                              | Date:  March 16, 2012
                                    Time:  10:00 a.m.
18                                  Courtroom: 6
19                                  Date First Paper Filed: 5/4/11

20     THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF
21 RECORD, hereby agree and stipulate to continue Defendant, E.J. PHAIR BREWING
22 COMPANY'S Motion to Set Aside Default and Plaintiff's Motion for Default Judgment both set
23 to be heard on March 16, 2012, at 10:00 a.m. to be heard on April 13, 2012, at 10:00 a.m. in
24 Courtroom 6, of the above-entitled Court.
25
26 / / /
27 / / /
28

- 1 -
STIPULATION TO CONTINUE HEARING DATES [PROPOSED] ORDER

IT IS HEREBY STIPULATED

Dated: March 12, 2012

AW OFFICES OF THOMAS N. STEWART III

By: _____
Thomas N. Stewart, III,
Attorneys for Plaintiff,
DAVID JOHNSON

Dated: March ___, 2012

LAW OFFICES OF THOMAS O'HAGAN

By: _____
Kelli E. George,
Attorneys for Defendant/ Cross-Claimant,
E. J. PHAIR BREWING COMPANY

[PROPOSED] ORDER

Based on the stipulation of the parties hereto.

IT IS HEREBY ORDERED that the Defendant's Motion to Set Aside Default and Plaintiff's Motion for Default Judgment in this matter currently set for March 16, 2012, are continued to April 13, 2012, at 10:00 a.m. in Courtroom 6 of the above-entitled Court.

DATED: March 15, 2012

_____
JUDGE OF THE [DISTRICT COURT]

IT IS SO ORDERED
Judge Charles R. Breyer